08 CV 03166

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Global Energy, Mining and Minerals Kft.

Plaintiff,

-v-

András Patkó, AP International Finance Corporation and APIFC Development Corporation

Defendant.

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Global Energy, Mining and Minerals Kft.__ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: March 27, 2008

Signature of Attorney

Attorney Bar Code: JV6487

Form Rule7_1.pdf   SDNY Web 10/2007