UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Global Energy, Mining and Minerals Kft.,

                    Plaintiff,

-against-

András Patkó, AP International Finance Corporation and APIFC Development Corporation,

                    Defendants.

08-CV-03166 (PAC)

---

**AFFIDAVIT OF JOHN L. VAN SICKLE IN SUPPORT OF PLAINTIFF GLOBAL ENERGY, MINING AND MINERALS KFT.'S APPLICATION FOR A CERTIFICATE OF DEFAULT**

John L. Van Sickle, an attorney duly admitted to practice law in the State of New York, deposes and says:

1. I am an associate at the law firm of Akin Gump Strauss Hauer & Feld, LLP, counsel for Plaintiff Global Energy, Mining and Minerals Kft. in this action.

2. This action was commenced on March 28, 2008 by the filing of the Summons and Complaint.

3. A copy of the Summons and Complaint was served on each of defendants AP International Finance Corporation ("APIFC") and APIFC Development Corporation ("APIFC DC") on April 4, 2008 through their agent in New York, Alexander P. Moon, who accepted service on their behalf. Proof of such service was filed with this Court on April 18, 2008.

4. Neither APIFC nor APIFC DC has answered the Complaint or otherwise defended the action, and the time for answering the Complaint has expired.

5. APIFC and APIFC DC are both corporations and not infants, in the military or incompetent persons.

Dated: Washington, DC
July 17, 2008

_____
John L. Van Sickle

Subscribed and sworn to before me
this 17 day of July 2008

_____

Notary Public in and for the District of Columbia

Gail V. Smith
Notary Public, District of Columbia
My Commission Exp. 11-14-2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Global Energy, Mining and Minerals Kft., <br><br> Plaintiff, <br><br> -against- <br><br> András Patkó, AP International Finance Corporation and APIFC Development Corporation, <br><br> Defendants. | 08-CV-03166 (PAC) <br><br> **CLERK'S CERTIFICATE** |

     I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on March 28, 2008 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant AP International Finance Corporation on April 4, 2008 by personal service upon its agent in New York, Alexander P. Moon, and proof of such service thereof was filed on April 18, 2008.

     I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

July 17, 2008

                                                    **J. MICHAEL MCMAHON**
                                                    Clerk of the Court

                                                    By:
                                                    Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Global Energy, Mining and Minerals Kft., <br><br> Plaintiff, <br><br> -against- <br><br> András Patkó, AP International Finance Corporation and APIFC Development Corporation, <br><br> Defendants. | 08-CV-03166 (PAC) <br><br> **CLERK'S CERTIFICATE** |

      I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on March 28, 2008 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant APIFC Development Corporation on April 4, 2008 by personal service upon its agent in New York, Alexander P. Moon, and proof of such service thereof was filed on April 18, 2008.

      I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

      July 17, 2008

                                    **J. MICHAEL MCMAHON**
                                    Clerk of the Court

                                    By: _____
                                    Deputy Clerk