United States District Court
Southern Disirict of New York

---

Global Energy, Mining and Minerals Kft.,

                                                Plaintiff(s)

-against-

Andras Patko, et al.,

                                               Defendant(s)

**AFFIDAVIT OF SERVICE**

Case No. 08 CV 03166

---

State of New York )
                       ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on July 17, 2008 at approximately 3:45 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law, Summons in a Civil Action and Complaint, Civil Cover Sheet and Rule 7.1 Statement, that the party served was APIFC Development Corp., a domestic business corporation sued herein as APIFC Development Corporation, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving papers with Chad Matice, a white male with black hair, being approximately 21-35 years of age; height of 5'9" - 6'0", weight of 180-200 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                                           Mary M. Bonville

Sworn to before me this 17th day of July, 2008

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010